FILED: 5/26/11

JS - 6

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| *Baciliza Curiel,* | CASE NO. CV 11-2712 GHK (SHx) |
| Plaintiff, | JUDGMENT |
| v. | |
| *OneWest Bank FSB, et al.* | |
| Defendants. | |

Pursuant to the Court's May 26, 2011 Order, IT IS HEREBY ADJUDGED that Plaintiff Baciliza Curiel's ("Plaintiff") claims against Defendants Mortgage Electronic Registration Systems, Inc., One West Bank, FSB (erroneously sued as OneWest Bank FSB fka IndyMac Bank FSB fka Net Bank FSB), JPMorgan Chase Bank, N.A.'s and Defendant NDeX West, LLC (erroneously sued as NDEx) are **DISMISSED with prejudice**. Plaintiff shall take nothing by this Complaint.

**IT IS SO ORDERED**.

DATED: May 26, 2011

_____
GEORGE H. KING
United States District Judge